AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | | |
|---|---|---|
| Jasmine Nixon | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-201 |
| Putthutt Newport LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants PuttHutt Newport, LLC, Moananui Haretuku, Tiffany Loutsenhizer.

Date:   01/21/2025

*Attorney*

Joshua M. Smith
*Printed name and bar number*

SSP Law Co. LPA
2623 Erie Avenue
Cincinnati, OH 45230
*Address*

jms@sspfirm.com
*E-mail address*

(513) 533-6715
*Telephone number*

(513) 533-2999
*FAX number*