UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| JASMINE NIXON, Individually and Purportedly on Behalf of Others Similarly Situated, ) ) ) ) Plaintiff, ) ) V. ) ) PUTTHUTT NEWPORT, LLC, et al., ) ) Defendant. ) | Civil Action No. 2: 24-201-DCR<br><br>**ORDER** |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

The parties have jointly tendered a proposed agreed order seeking to extend the time within which Defendants PuttHutt Newport, LLC d/b/a Par 3 Eat Drink Putt, Moananui Haretuku, and Tiffany Loutsenhizer may respond to complaint. [Record No. 4] Having considered the matter, it is hereby

**ORDERED** that the parties' construed motion [Record No. 4] is **GRANTED**. Defendants PuttHutt Newport, LLC d/b/a Par 3 Eat Drink Putt, Moananui Haretuku, and Tiffany Loutsenhizer shall have up to and including **February 10, 2025**, to respond to the plaintiff's complaint.

Dated: January 24, 2025.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

- 1 -