## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DISTRICT

| | | |
|---|---|---|
| **JASMINE NIXON** | : | Case No. 2:24-Cv-201-Dcr |
| | : | |
| Plaintiff, | : | **Judge Danny C. Reeves** |
| | : | |
| vs. | : | **CORPORATE DISCLOSURE** |
| | : | **STATEMENT** |
| **PUTTHUTT NEWPORT, LLC, et al.,** | : | |
| | : | |
| Defendants. | : | |

As required by Civil Rule 7.1, I certify that Defendant PuttHutt Newport, LLC has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

 */s/ Joshua M. Smith*
Joshua M. Smith (0098835)
SSP Law CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6715
(513) 533-2999 (fax)
jms@sspfirm.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon the following this 10th day of February, 2025, via the Court's CM/ECF system, and via ordinary and/or electronic mail:

Samantha B. Isaacs
Finney Law Firm, LLC
4270 Ivy Pointe Boulevard, Suite 225
Cincinnati, OH 45245
(513) 797-2859
(513) 943-6669 (fax)
sbl@finneylawfirm.com
**Attorney for Plaintiff Jasmine Nixon**

               */s/ Joshua M. Smith*
               Joshua M. Smith (0098835)