UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| JASMINE NIXON, individually and purportedly on behalf of others similarly situated, ) ) ) ) Plaintiffs, ) ) V. ) ) PUTTHATT NEWPORT, LLC, et al., ) ) Defendants. ) | Civil Action No. 2: 24-201-DCR<br><br>**ORDER FOR<br>MEETING AND REPORT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court being sufficiently advised, it is hereby

    **ORDERED** as follows

    1.    Within **thirty (30) days**, counsel for the parties are directed to conduct the meeting of parties required by Rule 26(f) to discuss the possibilities for a prompt settlement or resolution of the case and to develop a proposed discovery plan.

    2.    At the time of the meeting, counsel for the parties are directed to exchange the disclosures required by Rule 26(a)(1) and, in the future, shall make supplemental disclosures when required by Rule 26(e).

    3.    Within **fourteen (14) days** after the meeting, counsel for the parties are directed to file a written joint report outlining the proposed discovery plan. In proposing deadlines, the parties should contemplate a trial date within 14 months or fewer. The parties' report shall include the following information:

    (a)    the parties' views and proposals required by Rule 26(f);

(b) the time counsel reasonably believe will be necessary to join other parties and to amend the pleadings;

(c) the time counsel reasonably believe will be necessary to file motions;

(d) the time counsel reasonably believe will be necessary to complete all pretrial discovery, including expert witness discovery;

(e) the time counsel reasonably believe will be necessary for the parties to make the expert disclosures required by Rule 26(a)(2), with these disclosures to be made during the pretrial discovery phase of the case;

(f) the probable length of trial and whether there will be issues to submit to a jury;

(g) the dates that are mutually convenient with counsel to assign this case for trial;

(h) whether the parties desire a scheduling conference before entry of a scheduling order; and

(i) whether the parties consent to the jurisdiction of a magistrate judge for all further proceedings, including trial, pursuant to 28 U.S.C. § 636(c). Consent forms are attached to this order and forms signed by all parties' counsel should be filed by no later than the date counsels' joint status report is due. If all parties, by counsel, so consent, the Clerk of Court shall re-assign this matter to the appropriate Magistrate Judge without the necessity of further order of the Court. L.R. 73.1(c).

Dated: February 10, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky