UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| JASMINE NIXON, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 2: 24-201-DCR |
| V. | ) ) | |
| PUTTHUTT NEWPORT, LLC, et al., | ) ) | **ORDER** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have informally notified the Court that this matter has been resolved. Accordingly, it is hereby

**ORDERED** as follows:

1. The parties are relieved of the filing obligations outlined in the Order for Meeting and Report [Record No. 9] entered February 10, 2025.

2. Within sixty (60) days, the parties are directed to tender a proposed Agreed Order of Dismissal with Prejudice.

Dated: February 28, 2025.



Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky