UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DISTRICT

| | | |
|---|---|---|
| JASMINE NIXON, | : | Case No. 2:24-CV-201 |
| | : | |
| Plaintiff, | : | Judge Danny C. Reeves |
| | : | |
| v. | : | |
| | : | JOINT STIPULATION OF DISMISSAL |
| PUTTHUTT NEWPORT, LLC, et al., | : | WITH PREJUDICE |
| | : | |
| Defendants. | : | |

Now come the parties, by and through undersigned counsel, and pursuant to Rule 41(a), Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims in this matter with prejudice. Each party is to bear their own costs.

| | |
|---|---|
| */s/ Samantha B. Isaacs* | */s/ Joshua M. Smith (per authority)* |
| Samantha B. Isaacs (0100414) | Joshua M. Smith (0098835) |
| FINNEY LAW FIRM, LLC | SSP Law Co., L.P.A. |
| 4270 Ivy Pointe Blvd., Ste. 225 | 2623 Erie Avenue |
| Cincinnati, Ohio 45245 | Cincinnati, Ohio 45208 |
| (513) 943-6659 | Direct Dial: 513.533.6715 |
| Fax: (513) 943-6669 | Main Fax: 513.533.2999 |
| samantha@finneylawfirm.com | jms@sspfirm.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

      I certify that on April 15th, 2025 I caused the forgoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

_/s/ Samantha B. Isaacs_
Samantha B. Isaacs (0100414)
