UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| JASMINE NIXON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 24-201-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| PUTTHUTT NEWPORT, LLC, et al., | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties having tendered a Joint Stipulation of Dismissal with Prejudice [Record No. 11], and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

1. All claims asserted in this action are **DISMISSED** with prejudice.

2. The parties shall bear their respective costs, fees and expenses.

3. This action is **STRICKEN** from the docket.

Dated:  April 15, 2025.

*Danny C. Reeves, District Judge*
United States District Court
Eastern District of Kentucky